Ralph D. Baynard, appellee, v. Illinois Underwriters Corporation, appellant. Gen. No. 7,269.

Claim for salary. Judgment for plaintiff. Appeal from the County Court of Peoria county; the Hon. Glen J. Cameron, Judge, presiding. Heard in this court at the October term, 1923. Affirmed. Opinion filed April 10, 1924.

Henry Mansfield and David J. Cowan, for appellant. Clarence W. Heyl and Harry C. Heyl, for appellee.

Mr. Justice Jones delivered the opinion of the court.

---

Charles Backer, appellee, v. Charles F. Brandt, appellant. Gen. No. 7,272.

Assumpsit to recover money loaned. Judgment for plaintiff. Appeal from the City Court of Sterling; the Hon. I. L. Weaver, Judge, presiding. Heard in this court at the October term, 1923. Affirmed. Opinion filed April 10, 1924. Rehearing denied October 8, 1924.

Ward, Ward & Ward, for appellant; A. J. Scheineman, of counsel. Carl E. Sheldon, for appellee.

Mr. Justice Jones delivered the opinion of the court.

---

Charles D. Savage, appellant, v. Charles S. Gibson, appellee. Gen. No. 7,279.

Assumpsit for breach of contract of sale. Judgment for defendant. Appeal from the Circuit Court of La Salle county; the Hon. Edgar Eldredge, Judge, presiding. Heard in this court at the October term, 1923. Reversed and remanded. Opinion filed April 10, 1924.

George F. Belford and Butters, Clark & Butters, for appellant. Lloyd Painter, for appellee.

Mr. Justice Jones delivered the opinion of the court.

---

Anton Eschbach, appellant, v. Bernard E. Giertz, trading as Chas. E. Giertz & Son et al., appellees. Gen. No. 7,280.

Bill to enjoin letting of county highway construction contract. Temporary injunction denied and bill dismissed for want of equity. Appeal from the Circuit Court of Kane county; the Hon. Mazzini Slusser, Judge, presiding. Heard in this court at the October term, 1923. Affirmed. Opinion filed April 10, 1924. Rehearing denied October 8, 1924.

Frank A. McCarthy and J. Vincent McCarthy, for appellant. Charles L. Abbott, State's Attorney, for appellees; Charles H. Fisher, William E. Perce and Roy R. Phillips, of counsel.

Mr. Justice Jones delivered the opinion of the court.

---

M. T. Lee, appellee, v. Charles W. Rabbit, appellant. Gen. No. 7,286.

Suit on note. Judgment for plaintiff. Appeal from the Circuit Court of Lee county; the Hon. F. J. Stransky, Judge, presiding. Heard in this court at the October term, 1923. Affirmed. Opinion filed April 10, 1924.

W. L. Leech and J. J. Ludens, for appellant. E. E. Wingert, for appellee.

Mr. Justice Jones delivered the opinion of the court.